No. 99–9321. MORGAN *v.* NEVADA BOARD OF PRISON COMMISSIONERS. C. A. 9th Cir. Certiorari denied.

No. 99–9362. PROPER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9433. KHASHOGGI *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9487. ORYANG *v.* MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9488. REDMOND *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9489. RICHARDSON *v.* WEST VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 99–9506. MATHIS *v.* HENDERSON, POSTMASTER GENERAL. C. A. 11th Cir. Certiorari denied.

No. 99–9565. JOHNSON *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 99–9566. JACKSON *v.* UNITED STATES; and
No. 99–9693. MEDINA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 196 F. 3d 383.

No. 99–9568. LOWRY *v.* DEPARTMENT OF DEFENSE. C. A. Fed. Cir. Certiorari denied.

No. 99–9578. TORRECH-GONZALEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9588. HERNANDEZ-GARCIA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–9594. ERVIN *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–9606. UPSHER *v.* UNITED STATES ARMY. C. A. 6th Cir. Certiorari denied.